US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                                USCA#:

Dittmaier v. Sosne

Case Number:

4:14-cv-00883-CEJ

Plaintiff:                                          Defendant:

**Appellant**                                       **Appellee**
**Stephanie Georgean Dittmaier**                    **David A. Sosne**

Attorney:                                           Attorney:

Angela M. Redden-Jansen                             Brian J. LaFlamme
O'GORMAN & SANDRONI                                 SUMMERS AND COMPTON, LLC
3350 Greenwood Boulevard                            8909 Ladue Rd.
Maplewood, MO 63143                                 St. Louis, MO 63124
314-645-5900                                        314-991-4999
Fax: 314-645-5990                                   Fax: 314-991-2413
Email: amredden@swbell.net                          Email: blaflamme@scwpclaw.com
LEAD ATTORNEY                                       LEAD ATTORNEY
ATTORNEY TO BE NOTICED                              ATTORNEY TO BE NOTICED
Designation: Retained                               Designation: Retained
Bar Status: Active                                  Bar Status: Active

Court Reporter:                                     Please return files and documents to:

                                                    Clerk, Eastern District of Missouri

G. Madden                                           Person to contact about the appeal::

                                                    DEBORAH L. TICHY

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| NONE | ifp | granted 2/5/15 | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Redden-Jansen, Angela | NONE | N/A | N/A |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?     Yes     No     Where:

Please list all other defendants in this case if there were multiple defendants: